UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                                                   Bankr. Case No. 19-50625-JWC-13

Janis Riley Allen                                                                                                Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:     Bankr. Case No. 19-50625-JWC-13

Janis Riley Allen     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 7, 2019 :

Karmel Sunzette Davis
P.O. Box 5736
Douglasville, GA 30154

Nancy Whaley
303 Peachtree Center Ave
Suite 120
Altanta, GA 30303

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx65938 / 978619