

Navient Solutions, LLC
220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA 18706

3/31/2019

RE: Case No 19-50625
    JANIS ALLEN

Bankruptcy Court Clerk: Please see change of address.

**Payment Address Changed From:**

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 740351
Atlanta, GA 30374-0351

**Payment Address Changed To:**

Navient Solutions, LLC
U.S. Department of Education Loan Servicing
PO Box 4450
Portland, OR 97208-4450

Sincerely,

/s/ Beth Dries
Bankruptcy Analyst