UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>JANIS RILEY ALLEN<br><br>Debtor(s) | Case No. A19-50625-JWC |

### STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/13/2019.

2) The plan was confirmed on 05/14/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/18/2019.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $81,487.08.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,903.99 |
| Less amount refunded to debtor | $1,728.56 |

**NET RECEIPTS:** $16,175.43

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,006.03 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,506.03

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIAL SVC. dba | Unsecured | NA | 684.77 | 684.77 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC. dba | Secured | 15,455.00 | 11,750.00 | 11,750.00 | 7,675.28 | 199.24 |
| CAPITAL ONE BANK (USA), N.A. BY | Unsecured | 851.00 | 851.78 | 851.78 | 0.00 | 0.00 |
| CVI SGP ACQUISITION TRUST | Unsecured | NA | 666.29 | 666.29 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LL | Unsecured | 537.00 | 537.89 | 537.89 | 0.00 | 0.00 |
| MARINER FINANCE, LLC | Unsecured | 4,197.00 | 4,197.93 | 4,197.93 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B | Secured | 5,277.05 | 5,277.05 | 5,277.05 | 2,794.88 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 700.00 | 971.07 | 971.07 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 549.00 | 549.15 | 549.15 | 0.00 | 0.00 |
| STACY'S STORAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| ALPHA RECOVERY CORP | Unsecured | 537.89 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| BIG PICTURE | Unsecured | 1,129.74 | NA | NA | 0.00 | 0.00 |
| PEACHTREE IMMEDIATE CARE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TRUE ACCORD | Unsecured | 666.29 | NA | NA | 0.00 | 0.00 |
| TITLEMAX | Secured | 10,827.92 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,277.05 | $2,794.88 | $0.00 |
| Debt Secured by Vehicle | $11,750.00 | $7,675.28 | $199.24 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,027.05** | **$10,470.16** | **$199.24** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,458.88** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,506.03 |
| Disbursements to Creditors | $10,669.40 |
| **TOTAL DISBURSEMENTS:** | **$16,175.43** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/12/2019                    By: /s/ Nancy Whaley
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. A19-50625-JWC

This is to certify that I have this day served the following with a copy of the foregoing Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
JANIS RILEY ALLEN
5044 LAUREL SPRINGS WAY SE
SMYRNA, GA  30082

**Attorney for the Debtor(s):**
KARMEL S. DAVIS & ASSOCIATES
P.O. BOX 5736
DOUGLASVILLE, GA  30154

This the 12th day of November, 2019.

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**