# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 19-50625-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ALLEN, JANIS RILEY | Date Filed (f) or Converted (c): | 10/18/2019 (c) |
| | | § 341(a) Meeting Date: | 11/19/2019 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 06/01/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2723 Candler Lane SW, Marietta, GA 30064-0000, Cobb County | 164,220.00 | 35,040.87 | OA | 0.00 | FA |
| 2 | 2009 Audi 3.2 AWD | 11,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2012 Land Rover LR2 | 13,050.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2016 Chrysler 200 | 15,583.31 | 113.31 | OA | 0.00 | FA |
| 5 | Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank of America | 550.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Chase | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: LGE Credit Union | 65.00 | 0.00 | | 0.00 | FA |
| 12 | 401: Employers | 53,000.00 | 0.00 | | 0.00 | FA |
| 13 | One-Third Interest - Property in Cherokee County, GA located on Belletta Drive and Canton Street (u)<br>Debtor is sole heir to her mother's estate which has one-third interest in property. Value shown is the county assessed value. | 44,049.00 | 41,349.00 | | 0.00 | 44,049.00 |
| 13 | Assets    Totals    (Excluding unknown values) | $306,417.31 | $76,503.18 | | $0.00 | $44,049.00 |

**Major Activities Affecting Case Closing:**

Case was converted from Chapter 13 on 10/18/19. The Debtor owns a one-third interest in a property as the sole heir to her mother's estate. The Trustee has been unsuccessful in contacting the one living co-owner of the property for a possible sale. Trustee intends to file complaint against co-owners to force sale.

**Initial Projected Date Of Final Report (TFR):**    06/30/2022          **Current Projected Date Of Final Report (TFR):**    06/30/2022

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 19-50625-JWC  
**Case Name:** ALLEN, JANIS RILEY  

**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 10/18/2019 (c)  
**§ 341(a) Meeting Date:** 11/19/2019  
**Claims Bar Date:** 06/01/2020

07/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays