**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  ALLEN, JANIS RILEY                    §   Case No. 19-50625-JWC
                                              §
                                              §
                                              §
                    Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 01/13/2019. The case was converted to one under Chapter 7 on 10/18/2019. The undersigned trustee was appointed on 10/18/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                $            26,300.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 14.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 26,285.95 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/01/2020 and the deadline for filing governmental claims was 06/01/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,380.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,380.00, for a total compensation of $3,380.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $84.96 for total expenses of $84.96$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/27/2021                              By: /s/ S. Gregory Hays
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  19-50625-JWC

**Case Name:**  ALLEN, JANIS RILEY

**For Period Ending:**  08/27/2021

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  10/18/2019 (c)

**§ 341(a) Meeting Date:**  11/19/2019

**Claims Bar Date:**  06/01/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2723 Candler Lane SW, Marietta, GA 30064-0000, Cobb County<br>Notice of abandonment filed on 3/3/20. Docket # 77. | 164,220.00 | 35,040.87 | OA | 0.00 | FA |
| 2 | 2009 Audi 3.2 AWD<br>Notice of abandonment filed on 3/3/20. Docket # 77. | 11,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2012 Land Rover LR2<br>Notice of abandonment filed on 3/3/20. Docket # 77. | 13,050.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2016 Chrysler 200<br>Notice of abandonment filed on 3/3/20. Docket # 77. | 15,583.31 | 113.31 | OA | 0.00 | FA |
| 5 | Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank of America | 550.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Chase | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: LGE Credit Union | 65.00 | 0.00 | | 0.00 | FA |
| 12 | 401: Employers | 53,000.00 | 0.00 | | 0.00 | FA |
| 13 | Probate Estate of Debtor's Mother (u)<br>Debtor is sole heir to her mother's estate which has an one-third interest in one property and one-eighth interest in another.  Settled and deemed abandoned for payment by Debtor of $26,300 based on available exemptions,. per Order, Dkt # 95. | 44,049.00 | 41,349.00 | OA | 26,300.00 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$306,417.31** | **$76,503.18** | | **$26,300.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:**   19-50625-JWC

**Case Name:**    ALLEN, JANIS RILEY

**For Period Ending:**   08/27/2021

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   10/18/2019 (c)

**§ 341(a) Meeting Date:**   11/19/2019

**Claims Bar Date:**   06/01/2020

**Major Activities Affecting Case Closing:**

10/18/2019 - Case was converted from Chapter 13.

6/30/2019 - The Debtor owns a one-third interest in a property as the sole heir to her mother's estate. The Trustee has been unsuccessful in contacting the one living co-owner of the property for a possible sale. Trustee intends to file complaint against co-owners to force sale

7/15/2021 - Debtor is sole heir to her mother's estate which has an one-third interest in one property and one-eighth interest in another.  Settled for payment by Debtor of $26,300 based on Debtor's interest in the two properties and her available exemption in the probate estate. [Doc. No. 85].

7/16/2021 - Settlement funds received. Trustee is holding funds in escrow until Motion to Approve Settlement is approved. Upon approval of the settlement, Trustee will file his final estate tax returns and submit his TFR.

**Initial Projected Date Of Final Report (TFR):**  06/30/2022

**Current Projected Date Of Final Report (TFR):**   08/27/2021 (Actual)

08/27/2021

Date

/s/S. Gregory Hays

S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 19-50625-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | ALLEN, JANIS RILEY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***1565 | Account #: | ******0421 Checking |
| For Period Ending: | 08/27/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/16/21 | {13} | Janis Riley | Payment per settlement agreement with Debtor, Paid per Order, Dkt # 95. | 1210-000 | 26,300.00 | | 26,300.00 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 14.05 | 26,285.95 |
| | | COLUMN TOTALS | | | 26,300.00 | 14.05 | $26,285.95 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 26,300.00 | 14.05 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $26,300.00 | $14.05 | |

**Form 2**

Exhibit B

Page:  2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 19-50625-JWC | |
| **Case Name:** | ALLEN, JANIS RILEY | |
| **Taxpayer ID #:** | **-***1565 | |
| **For Period Ending:** | 08/27/2021 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0421 Checking |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $26,300.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $26,300.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0421 Checking | $26,300.00 | $14.05 | $26,285.95 |
| | **$26,300.00** | **$14.05** | **$26,285.95** |

| | |
|---|---|
| 08/27/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

## Exhibit C

## Analysis of Claims Register

**Case: 19-50625-JWC**                    **JANIS RILEY ALLEN**

Claims Bar Date: 06/01/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital PO Box 961275 Fort Worth, TX 76161 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 01/29/19 | | $15,583.31 $15,583.31 | $0.00 | $15,583.31 |
| | The Trustee did not administer the asset associated with this secured claim and thus the Trustee will not be making a distribution on the secured claim. | | | | | |
| 4 | U.S. Bank National Association Bankruptcy Department PO Box 619096 Dallas, TX 75261-9741 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 01/30/19 | | $108,168.25 $108,168.25 | $0.00 | $108,168.25 |
| | The Trustee did not administer the asset associated with this secured claim and thus the Trustee will not be making a distribution on the secured claim. | | | | | |
| 5S | AmeriCredit Financial Services, Inc. dba GM Financial P O Box 183853 Arlington, TX 76096 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 02/06/19 | | $11,750.00 $11,750.00 | $0.00 | $11,750.00 |
| | The Trustee did not administer the asset associated with this secured claim and thus the Trustee will not be making a distribution on the secured claim. | | | | | |
| ADM1 | S. Gregory Hays 2964 Peachtree Road, NW, Ste. 555 Atlanta, GA 30305 <2100-000 Trustee Compensation> , 200 | Administrative 08/03/21 | | $3,380.00 $3,380.00 | $0.00 | $3,380.00 |
| ADM2 | S. Gregory Hays 2964 Peachtree Road, NW, Ste. 555 Atlanta, GA 30305 <2200-000 Trustee Expenses> , 200 | Administrative 08/03/21 | | $84.96 $84.96 | $0.00 | $84.96 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

## Exhibit C

## Analysis of Claims Register

**Case:** 19-50625-JWC                    **JANIS RILEY ALLEN**

Claims Bar Date: 06/01/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Adm3 | Arnall Golden Gregory LLP Attn: Michael Bargar 171 17th Street NW Ste 2100 Atlanta, GA 30363-1031 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 08/04/21 | | $2,417.33 $2,417.33 | $0.00 | $2,417.33 |
| ADM4 | Arnall Golden Gregory LLP Attn: Michael Bargar 171 17th Street NW Ste 2100 Atlanta, GA 30363-1031 <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 | Administrative 08/04/21 | | $4.08 $4.08 | $0.00 | $4.08 |
| ADM5 | Hays Financial Consulting, LLC 2964 Peachtree Road, NW Suite 555 Atlanta, GA 30305 <3310-000 Accountant for Trustee Fees (Trustee Firm)> , 200 | Administrative 08/04/21 | | $1,710.00 $1,710.00 | $0.00 | $1,710.00 |
| ADM6 | Hays Financial Consulting, LLC 2964 Peachtree Road, NW Suite 555 Atlanta, GA 30305 <3320-000 Accountant for Trustee Expenses (Trustee Firm)> , 200 | Administrative 08/04/21 | | $79.20 $79.20 | $0.00 | $79.20 |
| 1 | Premier Bankcard, Llc Jefferson Capital Systems LLC Assignee Po Box 7999 Saint Cloud, MN 56302-9617 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/29/19 | | $549.15 $549.15 | $0.00 | $549.15 |
| 3 | Jefferson Capital Systems LLC Po Box 7999 Saint Cloud, MN 56302-9617 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/30/19 | | $537.89 $537.89 | $0.00 | $537.89 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

## Exhibit C

## Analysis of Claims Register

**Case:** 19-50625-JWC                                    **JANIS RILEY ALLEN**

Claims Bar Date: 06/01/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5U | AmeriCredit Financial Services, Inc. dba GM Financial P O Box 183853 Arlington, TX 76096 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/06/19 | | $684.77 $684.77 | $0.00 | $684.77 |
| 6 | Capital One Bank (USA), N.A. by American InfoSource as agent 4515 N. Santa Fe Ave Oklahoma City, OK 73118 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/22/19 | | $851.78 $851.78 | $0.00 | $851.78 |
| 7 | Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/19 | | $971.07 $971.07 | $0.00 | $971.07 |
| 8 | Mariner Finance, LLC 8211 Town Center Drive Nottingham, MD 21236 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/18/19 | | $4,197.93 $4,197.93 | $0.00 | $4,197.93 |
| 9 | Navient Solutions, LLC. on behalf of Department of Education Loan Services PO BOX 9635 Wilkes-Barre, PA 18773-9635 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/22/19 | | $72,208.13 $72,208.13 | $0.00 | $72,208.13 |
| 10 | CVI SGP Acquisition Trust c/o Resurgent Capital Services PO BOX 10587 Greenville, SC 29603-0587 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/25/19 | | $666.29 $666.29 | $0.00 | $666.29 |

Page: 4

## Exhibit C

## Analysis of Claims Register

**Case: 19-50625-JWC**                    **JANIS RILEY ALLEN**

Claims Bar Date: 06/01/20

**Case Total:**          **$0.00**      **$223,844.14**

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 19-50625-JWC
Case Name: JANIS RILEY ALLEN
Trustee Name: S. Gregory Hays

**Balance on hand:**     $                    26,285.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Santander Consumer USA Inc., | 15,583.31 | 15,583.31 | 0.00 | 0.00 |
| 4 | U.S. Bank National Association | 108,168.25 | 108,168.25 | 0.00 | 0.00 |
| 5S | AmeriCredit Financial Services, Inc. | 11,750.00 | 11,750.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $                0.00
Remaining balance:     $          26,285.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 3,380.00 | 0.00 | 3,380.00 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 1,710.00 | 0.00 | 1,710.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 79.20 | 0.00 | 79.20 |
| Trustee, Expenses - S. Gregory Hays | 84.96 | 0.00 | 84.96 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 2,417.33 | 0.00 | 2,417.33 |
| Attorney for Trustee Expenses (Other Firm)  - Arnall Golden Gregory LLP | 4.08 | 0.00 | 4.08 |

Total to be paid for chapter 7 administrative expenses:     $          7,675.57
Remaining balance:     $          18,610.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $                0.00
Remaining balance:     $          18,610.38

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 18,610.38

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $80,667.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Premier Bankcard, Llc | 549.15 | 0.00 | 126.70 |
| 3 | Jefferson Capital Systems LLC | 537.89 | 0.00 | 124.09 |
| 5U | AmeriCredit Financial Services, Inc. | 684.77 | 0.00 | 157.98 |
| 6 | Capital One Bank (USA), N.A. | 851.78 | 0.00 | 196.51 |
| 7 | Portfolio Recovery Associates, LLC | 971.07 | 0.00 | 224.03 |
| 8 | Mariner Finance, LLC | 4,197.93 | 0.00 | 968.49 |
| 9 | Navient Solutions, LLC. | 72,208.13 | 0.00 | 16,658.86 |
| 10 | CVI SGP Acquisition Trust | 666.29 | 0.00 | 153.72 |

Total to be paid for timely general unsecured claims: $ 18,610.38
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**