UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JANIS RILEY ALLEN, | : | CASE NO. 19-50625-JWC |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 24th day of September, 2021.

                                                            */s/ S. Gregory Hays*
                                                            S. Gregory Hays
                                                            Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413

Charles Jackson Bowen
The Bowen Law Group
Suite 1001
7 East Congress St
Savannah, GA 31401-3357

Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303

AmeriCredit Financial Sers, Inc.
 DBA GM
PO Box 183853
Arlington, TX 76096-3853

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363-1031

Stacy's Storage
2290 Marietta Hwy
Canton, GA 30114-4021

Navient Solutions, LLC
PO BOX 9635
Wilkes-Barre, PA 18773-9635

AmeriCredit/GM Financial
Po Box 181145
Arlington, TX 76096-1145

Philip L. Rubin
Lefkoff Rubin
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342-4762

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096-3853

CVI SGP Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

Santander Consumer USA Inc.
an Illinois corporation
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Janis Riley Allen
4600 Egret Court
Austell, GA 30106-2779

U.S. Bank National Association
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

Big Picture
Customer Support
PO Box 704
Watersmeet, MI 49969-0704

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

Ciro A. Mestres
McCalla Raymer Leibert
1544 Old Alabama Road
Roswell, GA 30076-2102

Alpha Recovery Corp
6912 S. Quentin Street
Unit 10
Englewood, CO 80112-4531

Dept of Ed / Navient
Po Box 9635
Wilkes Barre, PA 18773-9635

Navient Solutions, LLC.
on behalf of
Depart of Edu Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Bank Of America
Po Box 982238
El Paso, TX 79998

Ashlee Allen
420 Vinings Parkway
Smyrna, GA 30080-3907

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Premier Bankcard, Llc
Jefferson Capital Sys LLC
Assignee
Po Box 7999
Saint Cloud, MN 56302-7999

Capital One
15000 Capital One Dr
Richmond, VA 23238

Jefferson Capital Sys LLC
PO BOX 7999
SAINT CLOUD, MN 56302-7999

Peachtree Immediate Care
1275 Highway 54W
Suite 201
Fayetteville, GA 30214-4538

| | | |
|---|---|---|
| Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | True Accord<br>303 2nd Street<br>Suite 750 South<br>San Francisco, CA 94107-1366 | Nationstar<br>Po Box 619063<br>Dallas, TX 75261-9063 |
| TMX FINANCE LLC<br>FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH, GA 31401-2686 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | Dept of Ed / Navient<br>Attn: Claims Dept<br>Po Box 9635<br>Wilkes Barr, PA 18773-9635 |
| Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 | Portfolio Recovery Assoc LLC<br>POB 41067<br>Norfolk, VA 23541 | A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Lane Bryant<br>P.O Box 856132<br>Louisville, KY 40285-6132 | Titlemax of Georgia, Inc.<br>15 Bull Street<br>Suite 200<br>Savannah, GA 31401 | Karmel Sunzette Davis<br>Karmel S. Davis & Associates<br>P. O. Box 5736<br>Douglasville, GA 30154-0013 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Title Max<br>1120 Powder Springs Street<br>Marietta, GA 30064-5287 | CAPITAL ONE<br>PO BOX 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | | |